```
                    UNITED STATES DISTRICT COURT
                              for the
                       DISTRICT OF NEW JERSEY
```

-------------------------------X
**THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA, et al.,**

                                                              Civ. 08-2698 (JLL)

                                                              ORDER OF REASSIGNMENT

        vs.

**ROBERT F. HARTNETT,**
-------------------------------**X**


It is on this 16th day of September, 2008,

O R D E R E D that the above entitled action is reassigned from Judge Jose L. Linares to Judge William J. Martini.


                                                     _s/Garrett E. Brown, Jr.___
                                       GARRETT E. BROWN, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT